favor of plaintiff upon said verdict. The action was to recover for breach of an alleged contract to marry. The Appellate Division held that the evidence presented a question of fact for the jury.

*Frederick Hemley* for appellant.

*Louis S. Weiss, Clarence M. Lewis* and *Maxwell Harris* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

AUGUST TAMMIS, Appellant, *v.* PANAMA RAILROAD COMPANY, Respondent.

*Negligence — master and servant — ships and shipping — action to recover for injury to seaman through explosion of cylinders of steam winch — erroneous charge and refusal to charge.*

*Tammis* v. *Panama R. R. Co.,* 208 App. Div. 706, affirmed.

(Argued June 5, 1924; decided July 5, 1924.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered December 7, 1923, reversing a judgment in favor of plaintiff entered upon a verdict and granting a new trial. in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. Plaintiff, a seaman on one of defendant's vessels, was injured by reason of the explosion of the cylinder head of a steam winch. The Appellate Division held that it was error to charge that a ship owner warrants the seaworthiness and fitness of a ship's appliances, and also error to refuse to charge that if the defendant supplied such an engine as was customarily used, with an uncracked cylinder, and equipped with proper drain valves, the defendant discharged its duty in providing the ship with a seaworthy engine, and could not be found liable.

*Silas B. Axtell* for appellant.

*Richard Reid Rogers* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ADAM KASPRZYK, Appellant.

*Crimes — murder in second degree — judgment of conviction affirmed.*

*People* v. *Kasprzyk*, 209 App. Div. 449, affirmed.

(Argued June 5, 1924; decided July 5, 1924.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 21, 1924, which affirmed a judgment of the Erie County Court rendered upon a verdict convicting the defendant of the crime of murder in the second degree.

*John V. Maloney* for appellant.

*Guy B. Moore, District Attorney* (*W. Bartlett Sumner* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

BERNARD F. GOLDEN, Respondent, *v.* PATRICK H. SULLIVAN et al., Defendants, and HANNAH SULLIVAN, as Receiver of the Estate of TIMOTHY D. SULLIVAN, Deceased, Appellant.

*Lease — rescission — action to rescind leases and to recover moneys deposited as security, paid as rent, and expended on the leased property.*

*Golden* v. *Sullivan*, 208 App. Div. 774, affirmed.

(Argued June 6, 1924; decided July 5, 1924.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 14, 1924, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at an Equity Term. The action was brought for a rescission of leases to the plaintiff of certain real property